1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **DISTRICT OF NEVADA**

10

11 GEORGE L. VONTRESS,                              Case No. 2:20-cv-01909-GMN-EJY

12                              Petitioner,         **ORDER**

13          v.

14 WARDEN CALVIN JOHNSON, et al.

15                              Respondents.

16

17          This is a habeas corpus action under 28 U.S.C. § 2254.  Petitioner has submitted an

18 application to proceed in forma pauperis.  ECF No. 1.  The court finds that petitioner has enough

19 money in his inmate account to pay the filing fee of $5.00.

20          IT THEREFORE IS ORDERED that the application to proceed in forma pauperis (ECF

21 No. 1) is **DENIED**.  Petitioner will have 45 days from the date that this order is entered to have

22 the filing fee of $5.00 sent to the clerk of the court.  Failure to comply will result in the dismissal

23 of this action.

24 ///

25 ///

26 ///

27 ///

28 ///

1

1     IT FURTHER IS ORDERED that the clerk of the court send petitioner two copies of this

2   order.  Petitioner must make the necessary arrangements to have one copy of this order attached

3   to the check paying the filing fee.

4         DATED:  October 17, 2020

5   _____

6   GLORIA M. NAVARRO
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2