# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE L. VONTRESS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN CALVIN JOHNSON, et al.<br><br>　　　　　Respondents. | Case No. 2:20-cv-01909-GMN-EJY<br><br>**ORDER** |

　　　　Petitioner having filed a request for extension (ECF No. 4) to pay the filing fee,[1] and good cause appearing;

　　　　IT THEREFORE IS ORDERED that petitioner's request for extension (ECF No. 4) is **GRANTED**. Petitioner will have up to and including January 19, 2021, to pay the $5.00 filing fee.

　　　　DATED: December 3, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Petitioner alternatively requests granting leave to proceed in forma pauperis, which the court declines to do.

1